SOLOMON FROMM, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

*Real property — easements — railroads — action by abutting owner to recover fee and rental damages arising from construction and operation of elevated railroad in street.*

Fromm v. City of New York, 196 App. Div. 980, affirmed.

(Argued May 3, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 31, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought by plaintiff to recover fee and rental damages alleged to have been sustained by reason of the construction and operation of an elevated railroad in the public street in front of plaintiff's abutting property. Title to the fee of the street was in the plaintiff.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien, Charles V. Nellany* and *Charles Blandy* of counsel), for City of New York, appellant.

*Trabue Carswell* and *George D. Yeomans* for Lindley M. Garrison, as receiver of the New York Municipal Rail-

way Corporation and of the New York Consolidated Railroad Company, appellants.

*Arthur J. Stern* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE AND ANDREWS, JJ.